UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH BERRY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | CASE NO. C11-1852 MJP<br><br>ORDER ON OBJECTIONS TO<br>REPORT & RECOMMENDATION |

　　The Court, having received and reviewed:

　　1.　Report and Recommendation (Dkt. No. 6)

　　2.　Objections to Report and Recommendation (Dkt. No. 7)

and all attached declarations and exhibits, makes the following ruling:

　　IT IS ORDERED that Petitioner's habeas petition is DISMISSED without prejudice.

　　IT IS FURTHER ORDERED that Petitioner is not entitled to a certificate of appealability on the basis of this denial.

　　A state prisoner is required to exhaust all available state court remedies before seeking a federal writ of habeas corpus. 28 U.S.C. § 2254(b)(1). Petitioner acknowledges that he has not

ORDER ON OBJECTIONS TO REPORT &
RECOMMENDATION- 1

1  exhausted all available state court remedies.  Dkt. No. 1-1, Petition, p. 3.  His objections to the

2  Report and Recommendation merely reiterate the grounds on which he believes he is entitled to

3  relief; he offers no argument or evidence which might excuse his failure to properly exhaust.

4  This Court cannot offer Petitioner the relief he seeks on that basis.

5         Petitioner may only appeal this denial of his § 2254 petition if he obtains a certificate of

6  appealability.  A certificate of appealability my issue only where a petitioner has made "a

7  substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(3).  Satisfying

8  this standard requires Petitioner to "demonstrat[e] that jurists of reason could disagree with the

9  district court's resolution of his constitutional claims or that jurists could conclude the issues

10 presented are adequate to deserve encouragement to proceed further."  Miller-El v. Cockrell, 537

11 U.S. 322, 327 (2003).  Pursuant to this standard, Petitioner is not entitled to a certificate of

12 appealability, and this order will so reflect.

13        The Clerk of the Court is directed to provide a copy of this order to Petitioner and to the

14 Magistrate Judge.

15        Dated:  December 22, 2011.

Marsha J. Pechman
United States District Judge

ORDER ON OBJECTIONS TO REPORT &
RECOMMENDATION- 2