UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KEITH BERRY, | CASE NO. C11-1852 MJP |
|---|---|
| Petitioner, | ORDER ON OBJECTIONS TO REPORT & RECOMMENDATION |
| v. | |
| DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

The Court, having received and reviewed:

1. Report and Recommendation (Dkt. No. 6)

2. Objections to Report and Recommendation (Dkt. No. 7)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that Petitioner's habeas petition is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Petitioner is not entitled to a certificate of appealability on the basis of this denial.

A state prisoner is required to exhaust all available state court remedies before seeking a federal writ of habeas corpus. 28 U.S.C. § 2254(b)(1). Petitioner acknowledges that he has not

exhausted all available state court remedies. Dkt. No. 1-1, Petition, p. 3. His objections to the Report and Recommendation merely reiterate the grounds on which he believes he is entitled to relief; he offers no argument or evidence which might excuse his failure to properly exhaust. This Court cannot offer Petitioner the relief he seeks on that basis.

Petitioner may only appeal this denial of his § 2254 petition if he obtains a certificate of appealability. A certificate of appealability my issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). Satisfying this standard requires Petitioner to "demonstrat[e] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). Pursuant to this standard, Petitioner is not entitled to a certificate of appealability, and this order will so reflect.

The Clerk of the Court is directed to provide a copy of this order to Petitioner and to the Magistrate Judge.

Dated: December 22, 2011.

Marsha J. Pechman
United States District Judge